IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE G. BENETATOS and
CHOULOS, CHOULOS & WYLE, LLC,

        Plaintiffs,

v.

HELLENIC REPUBLIC,

        Defendant.

Case No. C 06-06819 SBA

**ORDER**

On September 3, 2008, the Court granted Defendant Hellenic Republic's Motion for Judgment on the Pleadings. [Docket No. 67]. The case was also erroneously closed on September 3, 2008. The Court now REOPENS the case in order to adjudicate the pending Motion for Partial Summary Judgment filed by Defendant Hellenic Republic on August 12, 2008. [Docket No. 59]. The matter is fully briefed. No further papers are to be filed. The Court sets a hearing on the Motion for Partial Summary Judgment for November 4, 2008, at 1:00 p.m. and sets a Case Management Conference to immediately follow the hearing.

The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order for all Judges of The Northern District of California and the Standing Order of this Court. Plaintiff(s) shall be responsible for filing the statement.

IT IS SO ORDERED.

Dated: 9/16/08

                                            SAUNDRA BROWN ARMSTRONG
                                            United States District Judge