IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE G. BENETATOS and CHOULOS, CHOULOS & WYLE, LLP,<br><br>    Plaintiffs.<br><br>v.<br><br>HELLENIC REPUBLIC,<br><br>    Defendant. | No. C 06-6819 SBA<br><br>**FINAL JUDGMENT** |

    The Court, having granted Defendant's motion for judgment on the pleading in favor of Defendant on all claims brought by Plaintiff George Benetatos [Docket No. 67], hereby ENTERS judgment pursuant to Fed. R. Civ. P. 54(b). All matters calendared in this action are VACATED.

    IT IS SO ORDERED.

Dated: 11/4/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge